IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-CR- |
| -vs- | **INFORMATION**<br>(Felony) |
| JORDAN WATSON, | **Violation:**<br>18 U.S.C. §§ 2252A(a)(5)(B) |
| Defendant. | |

---

## COUNT I

**The United States Attorney Charges:**

That on or about April 30, 2008, in the Western District of New York, the defendant, JORDAN WATSON, did knowingly possess material, specifically a computer, that contained images of child pornography, as defined by Title 18, United States Code, Sections 2256(8)(A) and (B), that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

**All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).**

DATED:  Rochester, New York, November 13, 2009.

                                      KATHLEEN M. MEHLTRETTER
                                      United States Attorney
                                      Western District of New York

                    BY:    s/Richard A. Resnick
                             RICHARD A. RESNICK
                             Assistant United States Attorney
                             United States Attorney's Office
                             Western District of New York
                             100 State Street
                             Rochester, New York 14614
                             (585) 263-6760, ext. 2241
                             richard.resnick@usdoj.gov